June 18, 2015

Matthew Edwards
Evans, Rowe & Holbrook, PC
10101 Reunion Place Suite 900
San Antonio, Tx 78216-4175

Cathy Giddings
107 Whisper Way
Boerne, Tx 78006

RE: Court of Appeals Number: 04-15-00102-CV
Trial Court Case Number: 2012-CI-06825
Style: Cathy Giddings
v.
Ralph Curtis M.D.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JUN 24 AM 11:10
KEITH E. HOTTLE, CLERK

Mr. Keith Hottle,

I'm pleading to you to give me more time to do the brief for the Court. I'm dealing with two children at this time that are going thru the blind classes. I've worked on just trying to get you to accept the Appeal itself, that I need extra time to get all my papers together for the brief. I'm doing this case pro-se, so if you would please give me

mation would be greatfully be appreciated. I'm pleading that the courts would find it in their hearts to grant this for myself and my grandchildren.

Thank you for your attention to this important matter.

Sincerely,

Cathy Giddings

U.S. POSTAGE
PAID
DRIPPING SPRING,
78620
JUN 19, 15
AMOUNT
**$6.74**
00107826-06

78205

1000

UNITED STATES
POSTAL SERVICE.

**CERTIFIED MAIL**

7014 3490 0000 9383 2634

Cathy Giddings
107 Whisper Way
Boerne Tx 78006

Forth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio Tx 78205-3037

78205$3130

RETURN RECEIPT
REQUESTED

2015 JUN 22 AM 11: 10

IN THE COURT
AT SAN